UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>New Cingular Wireless</u>

    v.                      Civil No. 11-cv-388-JL

<u>Town of Stoddard, et al.</u>

### **O R D E R**

The court held a telephone conference with counsel on November 29, 2011. On or before **December 13, 2011**, the parties will jointly notify the court as to whether they have resolved the case or agreed to another provisional remedy. If the parties have failed to reach a resolution or other provisional remedy, their joint notice shall include an agreed proposed scheduling order for the remainder of the litigation.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 29, 2011

cc: Anne Robbins, Esq.
    Stephen D. Anderson, Esq.
    Jeffrey C. Spear, Esq.
    James P. Bassett, Esq.
    Anne F. Cucchi, pro se
    John C. Cucchi, pro se
    James Amrein, pro se
    Barbara Amrein, pro se